UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARK ANDREW ZARALLO, JR. AND COGENT RENEWABLES, LLC<br><br>**PLAINTIFFS**<br><br>VERSUS<br><br>JOSHUA MCCOY, MCCOY EQUITY HOLDINGS, LLC, DYNAMIC GROUP, LLC, DSI ENERGY SOLUTIONS, LLC, CHAD MITCHELL AND UNITED COMMUNITY BANK<br><br>**DEFENDANTS** | CIVIL ACTION NO. 4:23-CV-00683-SDJ |

STATE OF LOUISIANA

PARISH/COUNTY OF EAST BATON ROUGE

### AFFIDAVIT OF JOSHUA MCCOY

BEFORE ME, the undersigned Notary Public, personally came and appeared Joshua McCoy, who did depose and state:

1. I have residences in both Baton Rouge, Louisiana and Santa Rosa Beach, Florida, but in the summer of 2022, my family moved our main residence to Santa Rosa Beach, Florida. I have a Florida drivers' license and I file Florida taxes.

2. I am the sole member of McCoy Equity Holdings, LLC ("MEH") and Dynamic Group, LLC ("Dynamic"). MEH is the sole member of DSI Energy Solutions, LLC ("DSI").

3. MEH, Dynamic and DSI are all Louisiana limited liability companies with their principal places of business in Baton Rouge, Louisiana.

4. The negotiations regarding MEH becoming a 70% owner of Cogent occurred via email between myself and Mark Andrew Zarallo, Jr. ("Zarallo") and also while Zarallo was in Baton Rouge, Louisiana. I was in Baton Rouge, Louisiana or working on a job in Puerto Rico when I emailed Zarallo regarding the Operating Agreement.

5. From August 2021 to July 9, 2023, MEH was the 70% owner and manager of Cogent Renewables, LLC.

DEFENDANT'S
EXHIBIT
A
4:23-CV-683

6. Cogent Renewables is a Delaware limited liability company.

7. I, as the sole member of MEH, executed the Amended Limited Liability Company Agreement of Cogent Renewables (the "Operating Agreement") on or around August 16, 2021, in Baton Rouge, Louisiana.

8. The revisions to the Cogent operating agreement by MEH's lawyers were performed in Baton Rouge, Louisiana.

9. Zarallo visited Baton Rouge, Louisiana in August of 2021, to discuss the Operating Agreement and to discuss the operations of Cogent after MEH was a 70% owner.

10. Upon becoming the 70% owner in Cogent, MEH began to perform the administrative, accounting and bookkeeping functions of Cogent in Baton Rouge, Louisiana, and the books and records of Cogent were kept in Baton Rouge, Louisiana.

11. Prior to MEH becoming the 70% owner in Cogent, Cogent had no real operations.

12. I, as the sole member of MEH, never contemplated that MEH's duties and services performed for Cogent would be performed in Texas; they were to be performed in Baton Rouge, Louisiana.

13. Cogent maintained two checking accounts at Hancock Whitney, which MEH opened at a location in Baton Rouge, Louisiana. Prior to MEH joining Cogent, Cogent had opened a Chase account.

14. Bills were paid and checks were written from Cogent's checking account in Baton Rouge, Louisiana. With the exception of one client relationship who made electronic payments to the Chase account, payments to Cogent were sent to Baton Rouge, Louisiana.

15. When MEH first became the 70% owner, Zarallo spent several days each month in Baton Rouge, Louisiana to meet regarding Cogent. He thereafter periodically travelled to Baton Rouge where he also used an office to perform work for Cogent where MEH performed its duties for Cogent.

16. Cogent began to rent an office in Frisco, Texas in approximately April of 2022, and did not have an office in Texas (other than Zarallo's residence) prior to that time.

17. I have not visited the Texas office of Cogent.

18. Cogent's work for DSI on the Mulligan Project was performed in Illinois.

19. Cogent's work for Inovateus Solar, LLC was performed on a project located in Lebanon, Ohio. The contract between Cogent and Inovateus is governed by Indiana law.

20. Cogent performed work on other projects in Colorado, Ohio, Louisiana, Nevada and New York.

21. Zarallo often worked onsite for Cogent projects, like for the project in New York.

22. DSI had two checking accounts opened in Baton Rouge, Louisiana at Hancock Whitney and UCB.

23. Dynamic maintained checking accounts opened in Baton Rouge, Louisiana at Hancock Whitney, UCB and Home Bank.

24. Under the Amended Limited Liability Company Agreement of Cogent Renewables, LLC, MEH was entitled to be reimbursed for overhead allocable to Cogent, which included, but was not limited to, the payment for employees of MEH who perform work for Cogent and expenses incurred by MEH for Cogent. If MEH delegated any of its duties of Cogent to another entity or person, and MEH paid that delegated person, MEH was entitled to prompt reimbursement from Cogent. (Doc. 1-1 at Section 3.08).

25. From December 2022 to May 2023, MEH claimed reimbursement from Cogent for services provided by Ramsey Green, Paul DeClouet, Joel Salvaggio, Rachel Lee and Mitchell.

26. Paul DeClouet is the General Counsel for MEH, but performs services for several of the companies in which I have an ownership interest, and those companies reimburse MEH for those services.

27. Ramsey Green is an employee of MEH who performed work for Cogent.

28. Joel Salvaggio was a MEH employee who performed work for Cogent. He lives in the Baton Rouge, Louisiana area.

29. Dylan Jenks was a former employee of DSI and Dynamic. He lives in the Baton Rouge, Louisiana area.

30. Whenever any of the above employees performed work for another entity, that entity was billed for an allocable share of the employee's time or Dynamic charged a management fee to the other entity.

31. The total of the invoices for the reimbursements is $170,899.40. These amounts were paid by Cogent in June of 2023.

32. In the invoices submitted by Cogent to DSI, Cogent charged DSI a 10% markup on the services it provided to DSI.

33. DSI has paid for a majority of the work completed by Cogent and submitted for invoicing to DSI.

3

34. $418,141.49 was transferred to Cogent on or around December 31, 2021, as payment for some of the DSI invoices.

35. The invoices that remain outstanding between DSI and Cogent are dated January 2022 to March 2022 and total $352,441.51.

36. While MEH was the 70% owner of Cogent, I or Dynamic made loans to Cogent to cover operating expenses such as making payroll. The total of these loans from July 2021 to June 2023, totaled over $1.2 million.

37. In May of 2023 alone, the total of the loans was $473,216.63: $50,000 on or around May 3, 2023; $109,614.28 on or around May 10, 2023; $28,000 on or around May 19, 2023; $118,273.64 on or around May 24, 2023; and $167,328.71 on or around May 31, 2023.

38. For the May of 2023 loans, Dynamic transferred the money to Cogent for each loan. Dynamic then booked the transfer as a loan receivable from Cogent. In Cogent's books, the transfers were also booked as loans.

39. Each transfer was performed by a Dynamic employee in Baton Rouge, Louisiana.

40. In June of 2023, MEH caused Cogent to repay $430,000 of its outstanding loans to Dynamic.

41. The repayment by Cogent of $430,000 occurred in Baton Rouge, Louisiana from the Cogent bank to Dynamic.

42. The resulting balance of the loans, plus interest, but minus a discounted amount, is the amount reflected in the Demand Promissory Note executed in July of 2023 in the amount of $906,354.56.

43. I executed the Demand Promissory Note on behalf of Cogent through its Manager, MEH as Borrower and on my own behalf as Lender in Santa Rosa Beach, Florida.

44. On July 7, 2023, I, as Member of MEH, the Manager of Cogent, executed the Resolution of Cogent Renewables, LLC authorizing MEH to execute the Demand Promissory Note in Santa Rosa Beach, Florida.

45. I, as Member of MEH, the Manager of Cogent as the Assignor and on my own behalf as Assignee, executed the Assignment dated July 7, 2023, in Santa Rosa Beach, Florida.

46. Paul DeClouet, General Counsel for MEH, sent the letter to Inovateus on July 8, 2023, notifying Inovateus of the assignment of the receivable, from New Orleans, Louisiana to South Bend, Indiana.

47. I executed the UCB loan documents as the Manager of MEH, the Member of Cogent, in Baton Rouge, Louisiana.

48. I am a personal guarantor on the UCB loan, and UCB has a security interest in Dynamic's checking account for the UCB loan.

49. Zarallo was informed prior to the UCB loan that the DSI line of credit was being transferred to Cogent with a balance on the line of credit. I also told Zarallo that Cogent would not pay the interest on the line of credit and that I would guarantee the line of credit.

50. Because I am a personal guarantor and Dynamic's checking account serves as collateral for the UCB loan, and DSI is no longer operational and has no money to pay its creditors, Dynamic has made the interest payments on the UCB loan. For the first few payments, Dynamic made deposits to Cogent, who then made the payments on the loan. The June of 2023 payment was made by Dynamic directly to UCB.

51. Paul Rainwater consulted on a project on which Cogent contracted to perform work for Power Strategies, LLC and was one of several such consultants. Power Strategies, LLC paid Cogent and Cogent then paid Rainwater for the services Rainwater provided on the project. The payment from Cogent to Rainwater occurred in Baton Rouge, Louisiana through Cogent's Hancock Whitney bank account.

52. Zarallo's own fault caused Cogent to be denied the bond for the Inovateus project. The bond was conditionally approved and only required Zarallo to submit evidence of Inovateus' bond to the bonding company. The bonding company sent repeated requests to Zarallo for requested information. In July of 2023, MEH was informed that the bond had never been issued, because Zarallo had failed to submit the required paperwork.

53. MEH withdrew from Cogent due to Zarallo's poor management, such as failing to obtain the above bond and being responsible for Cogent's cash flow problems. For example, and because of Zarallo, Cogent failed to bill for its work timely, so that receivables were constantly delayed. Cogent did not bill for work it performed for Power Strategies, LLC beginning in June 2022, until almost a year later on July 17, 2023. Cogent was also late in sending invoicing to Inovateus.

54. MEH obtained the interest in Cogent hoping that Cogent would begin to enter into engineering, procurement and construction contracts ("EPC") rather than general contractor contracts. By June of 2023, Zarallo had not managed to obtain any EPC contracts for Cogent.

55. Angela Zarallo was fired in June of 2023, because she contacted Cogent's customers to divert payments to another address.

56. Paul deClouet and Chad Mitchell both notified Cogent's customers that Angela Zarallo had been fired and that they should continue to send payment checks to the address they had always sent checks to in Baton Rouge, Louisiana.

5

57. No Cogent employee impersonated Angela Zarallo via email, and no Cogent employee had any reason to do so.

WITNESSES

*[signature: Leigh Ann Ott]*
Printed Name: Leigh Ann Ott

*[signature: Joshua McCoy]*
Joshua McCoy

*[signature]*
Printed Name: JUSTIN HERNANDEZ

SWORN TO AND SUBSCRIBED before me, Notary Public, this \_8\_ day of September, 2023.

*[signature]*
_____, Notary Public
Notary Number/Bar Roll No. \_\_\_ Statewide Jurisdiction, Louisiana
My commission expires \_\_\_\_ Denetria Burris - Notary Public
Commission No. 143260
My Commission is for Life

6