UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARK ANDREW ZARALLO, JR. AND COGENT RENEWABLES, LLC<br><br>**PLAINTIFFS**<br><br>VERSUS<br><br>JOSHUA MCCOY, MCCOY EQUITY HOLDINGS, LLC, DYNAMIC GROUP, LLC, DSI ENERGY SOLUTIONS, LLC, CHAD MITCHELL AND UNITED COMMUNITY BANK<br><br>**DEFENDANTS** | CIVIL ACTION NO. 4:23-CV-00683-SDJ |

**ORDER**

Before the court is Joshua McCoy's, McCoy Equity Holdings, LLC's, Dynamic Group, LLC's, DSI Energy Solutions, LLC's and Chad Mitchell's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or Transfer. Upon consideration, the court concludes that the motion should be granted.

IT IS THEREFORE **ORDERED** that Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or Transfer is **GRANTED** _____ / **DENIED** _____

The Court further orders _____

_____

So ordered and signed this _____ day of _____, 2023.

_____
Sean D. Jordan
United States District Judge