# EXHIBIT C

(TO PLAINTIFFS' FIRST AMENDED COMPLAINT)

# RESOLUTION
# OF
# COGENT RENEWABLES, LLC

The Manager of Cogent Renewables, LLC (the "Manager") hereby declares on behalf of Cogent Renewables, LLC, that:

BE IT RESOLVED THAT the Company is currently indebted to Joshua McCoy in the amount of $906,354.56, as of the date of this Resolution, which is July 7, 2023.

BE IT FURTHER RESOLVED THAT the Company, through its authorized representative, shall execute a Note in favor of Joshua McCoy in the foregoing amount, at the interest rate set forth in the Company's Operating Agreement, in order to evidence such debt, and an Assignment of a receivable sufficient to secure said Note, in order for Cogent to take advantage of the discount of such debt that is reflected in the above-stated current balance, and in order to avoid immediate suit on such debt by Joshua McCoy, and in order to avail itself of future financing opportunities with Joshua McCoy.

_____
McCoy Equity Holdings, LLC, Manager
Through its Member, Joshua McCoy

## DEMAND PROMISSORY NOTE

**Borrower/Maker:**   Cogent Renewables, LLC   **Lender/Holder:**   Joshua McCoy

---

FOR VALUE RECEIVED, Cogent Renewables, LLC ("Borrower" or "Maker") promises to pay to the order of Joshua McCoy ("Lender" or "Holder") the sum of $906,354.56, together with interest on the principal at the rate of 10.75% per annum from the date of this Promissory Note until paid. Said principal and interest shall be due and payable on Demand.

This Promissory Note shall be governed by the laws of the state of Louisiana without regard to its conflict of laws provisions. Any proceeding arising out of or relating in any way to this Promissory Note shall be brought in the courts of the State of Louisiana, Parish of East Baton Rouge.

The terms and benefits hereof shall be binding upon and inure to the benefit of the Borrower, Lender and their respective successors and assigns.

The parties hereby execute this Promissory Note on, and to be effective as of, this 7th day of July, 2023.

**BORROWER**                                                          **LENDER**

**Cogent Renewables, LLC**                                      **Joshua McCoy**

_____      _____
By: McCoy Equity Holdings, LLC, Manager, by      Joshua McCoy
its Sole Member, Joshua McCoy

1

# ASSIGNMENT

This Assignment, effective as of July 7, 2023, is made by and between Cogent Renewables, LLC (hereinafter "Assignor") and Joshua McCoy (hereinafter "Assignee").

## RECITALS

WHEREAS, Assignor has been the recipient of a series of loans from Assignee since 2021 (the "Loans"). The Loans were issued on a Demand basis. Demand has been made, and Assignor has not repaid the Loans. The current total outstanding balance on the Loans is $906,354.56;

WHEREAS, Assignor desires to assign, transfer and convey to Assignee, and Assignee desires to take and assume, Assignor's right, title and interest in that certain account receivable owed to Assignor by Inovateus Solar, LLC, an Indiana limited liability company, more particularly described as Invoice Number 220040 dated June 5, 2023 in the approximate amount of $1,415,580.43 ("the Receivable"), subject to the terms and conditions set forth herein.

## AGREEMENT

NOW THEREFORE, Assignor assigns, transfers, conveys and delivers to Assignee all of Assignor's right, title and interest in and to the Receivable, including the right to receive direct payment of the Receivable.

Assignee and Assignor agree that any amounts collected from the Receivable in excess of the amounts then owed on the Loans shall be promptly remitted by Assignee to Assignor.

Assignor agrees to take no actions which would prevent, delay, divert, or otherwise interfere with, the payment of the Receivable to Assignee.

Dated, this 7th day of July, 2023.

| ASSIGNOR | ASSIGNEE |
|---|---|
| **Cogent Renewables, LLC** | **Joshua McCoy** |
| _[signature]_ | _[signature]_ |
| By: McCoy Equity Holdings, LLC, Manager, by its Sole Member, Joshua McCoy | Joshua McCoy |