# EXHIBIT D

(TO PLAINTIFFS' FIRST AMENDED COMPLAINT)

# CONSULTING AGREEMENT
# AMENDMENT #1

This AMENDMENT is made effective as of the 1st day of June 2023 between Power Strategies LLC. a corporation ("Customer") and Cogent Renewables LLC., a Delaware corporation ("Consultant"). Each of Consultant and Customer may from time-to-time be referred to individually in this Agreement as a "Party" and collectively as the "Parties.

WHEREAS, the Louisiana National Guard Foundation and the State of Louisiana, entered into that certain Cooperative Endeavor Agreement ("2021-2022 State CEA") with Customer, attached as Exhibit A, providing for the requirements and restrictions on the use of the NGO Grant which Consultant shall abide; and

WHEREAS, the Louisiana National Guard Foundation and the State of Louisiana, have also entered into a second Cooperative Endeavor Agreement ("2022-2023 State CEA") with Customer, attached as Exhibit B, providing for the requirements and restrictions on the use of the NGO Grant which Consultant shall continue to abide; and

WHEREAS, on July 5, 2022, Customer and Consultant entered into a "Independent Consultant Agreement" (hereinafter "Power Strategies-Cogent ICA") to furnish work, labor and services to help fulfill the requirements of the State CEA, attached as Exhibit C; and

WHEREAS, Customer wishes to amend the scope and duration of the Power Strategies-Cogent ICA with Consultant to also include the period from July 1, 2022 to June 30, 2023; and

WHEREAS, Consultant desires to provide Services, and Customer desires to pay a fee pursuant to this Agreement for such services, all on the terms set forth in this Amendment.

NOW THEREFORE, in consideration of the mutual covenants and conditions in this AMENDMENT, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties, intending to be legally bound hereby, agree to amend the Power Strategies-Cogent ICA as follows:

1. TERM

Unless otherwise terminated per Section 8, the term of this Agreement will extend until June 30, 2023. The term of this Agreement may be extended as established by the mutual written agreement of both parties, including through amendment of the Task Order by the parties or through future Task Orders mutually agreed to by the parties. Accordingly, either Customer or Consultant may elect to end their relationship and terminate this Agreement at any time, with or without cause, pursuant to the termination provisions in Section 8.

2. COMPENSATION

Distribution of funds shall follow the Schedule of Values per Section 6 in this Amendment.

3. TASK ORDER

The Power Strategies-Cogent ICA's "EXHIBIT A Task Order" is hereby amended as follows:

- TASK 1 - Identify and hire Consultants to assist in project management

- TASK 2 - Continuance of Engineering services as it relates to final design based on Entergy feedback of the final system design.
- TASK 3 - MISO Engineering Coordination
- TASK 4 - Project Major Equipment Procurement Identification based on Entergy feedback
- TASK 5 - MISO Survey and Land management coordination- Minden Site
- TASK 6 - EPC project development assistance
- TASK 7 - Coordination with SCADA engineer and Identification of specifications for utility communication and interconnect agreement coordination.
- TASK 8 - Utility Interconnection Coordination

4. SCHEDULE

Power Strategies-Cogent ICA's "Exhibit A - Schedule 1: Milestone Schedule" is hereby amended as follows:

| Schedule 1: Milestone Schedule | |
|---|---|
| **Date** | **Milestone** |
| 1 May 2023 | Coordinate survey for Minden project locations and provide consultant services as needed for land control assistance |
| 30 June 2023 | Assist in the Development and specifications of the SCADA system the approved guidelines of the Utility for each project. |
| 30 June 2023 | Submittal of Site Preliminary Interconnection plans and coordination of the accompanying design. |
| 30 June 2023 | Continue Development and Engineering oversight activities within the approved guidelines of the final Facility study from the Utility for each project. |
| 30 June 2023 | Submittal of Portfolio Major Equipment selection for the Photovoltaic power modules for each site. |
| 30 June 2023 | Utility coordination for the studies required for both the Impact to the system and Facility study for each project location. |

5. PRICING

The "Exhibit A - Schedule 2: Contract Pricing" found in the Power Strategies-Cogent ICA is hereby amended as follows: The payment schedule shall be monthly invoicing on progress of individual scope designations listed below reviewed and approved by Customer.

| Task | Description |
|---|---|
| 1 | Project Management |
| 2 | Preliminary Engineering Coordination |
| 3 | Procurement Identification |
| 4 | Utility Coordination (Entergy) |
| 5 | Large Generator Coordination (MISO) |
| 6 | Subcontractor Costs |

6. SCHEDULE OF VALUES

The Power Strategies-Cogent ICA's "Exhibit C - Schedule of Values" is hereby amended as follows:

| Item No. | DESCRIPTION OF WORK | Scheduled Value | Actual Budgeted | Class Type | Comments |
|---|---|---|---|---|---|
| LS01-10 | Interconnection Execution and Interconnection Cost of Installation, acquisition and equipment installation of interconnection infrastructure required by the Utility to connect to Power grid. | $ 450,000 | | P | Procurement |
| LS02-21 | Cost to maintain Compliance with Utility (Utility Requirement) | $ 100,000 | | P | Procurement |
| LS03-31 | Facility Installation, Facility Contracts and Facility Cost of operation, and installation of facilities and infrastructure required by Utility to include Development cost, PPA compliance costs, and associated legal fees. | $ 750,000 | | E | Construction |
| LS04-41 | Commissioning and Plant Operation (including, without limitation, inspections, maintenance, soil control, power factor management, training, energy feasibility and financial structure, entitlement, compliance and production issues) and associated legal fees. | $ 225,000 | | L | Legal/ Planning/PPA |
| LS04-41-01 | Legal Support- Janet Boles | | $ 45,000 | | |
| LS04-41-02 | Legal Support- Charles Landry | | $ 75,000 | | |
| LS05-51 | Public Service Commission Consultant Required and procured by the Public Service Commission PSC to Review Project Design and Execution as required by the PPA Agreement, along with MISO applications and fees | $ 250,000 | | C | Consultant |
| LS05-51-01 | Consultant- Permitting- Hal Leggett | | $ 30,000 | | |
| LS06-61 | Legal/Research/PPA/Regulatory Contract Preparation and Regulatory Permitting | $ 100,000 | | L | Legal/ Planning/PPA |
| LS07-71 | "Information and Data Management Contract Cyber Security / Communication and reporting to Utility for Resiliency Operations (University Contract)" as required by the PPA Agreements | $ 180,000 | | P | Procurement |
| LS08-81 | Project Management Contracts and Utility Compliance | $ 185,000 | | C | Consultant |
| LS08-81-01 | Utility Compliance- Consultant- Barksdale | | $ 120,000 | | |
| LS08-81-02 | Utility Compliance- Consultant- Rainwater | | $ 48,000 | | |
| LS09-91 | Supervisory Control and Data Acquisition - Energy Management and Communication System required by the Utility (Utility, University or Contractors)- The SCADA System | $ 250,000 | | P | Procurement |
| LS10-101 | Required per the Power Purchase Agreements with the Utility - Energy Power Audits and Resilient Power generation Availability (Consultant or University) | $ 75,000 | | C | Consultant |

| Item No. | DESCRIPTION OF WORK | Scheduled Value | Actual Budgeted | Class Type | Comments |
|---|---|---|---|---|---|
| | EPC Contracts | | | | |
| | a) Construction Management | | | | |
| | b) Permitting and compliance | | | | |
| LS11-111 | c) Construction Procurement | $ 850,000 | | P | Procurement |
| | Development Contracts (University) | | | | |
| | a) Military Facility Resiliency Implementation | | | | |
| | b) Equipment Communication and Cybersecurity Infrastructure | | | | |
| | c) Facility Resiliency and Micro Grid implementation | | | | |
| LS12-121 | d) Classified information, data and material storage | $ 150,000 | | P | Procurement |
| LS13-131 | Design and Cost of University personnel, labor, and/or Equipment provided for Solar Resiliency including battery sustainability for Guard operations, along with MISO applications and fees. | $ 380,000 | | P | SCADA |
| LS14-141 | Workforce Development and Training for Solar Installers as outlined by the IRA of 2022- Federal Law in compliance with the legal standards | $ 110,000 | | T | Training ITC |
| LS15-151 | Community outreach, Workforce Education and Public Relations in compliance with the new Federal legislation act -IRA of2022 | $ 33,000 | | T | Training ITC |
| LS16-161 | Training of National Guard Operations and Maintenance personnel when under Emergency Conditions for Solar Project- Military Installation on lockdown and not accessible by others. | $ 62,000 | | T | Training ITC |
| LS17-171 | Design Development Costs, Engineering, Studies, and permitting of projects for energy transmission for the benefit and use of one or more Solar Project within a Solar Project Military Installation in compliance with utility power purchase agreements. Design shall include sustainable solutions including battery systems for the national guard. | $ 450,000 | | P | Procurement |

All other terms and conditions in the Power Strategies-Cogent ICA remain as stated.


(SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the parties have caused this Professional Services Agreement Amendment #1 to be executed by their duly authorized representatives as of the date first above written.

| CONSULTANT | CUSTOMER |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Name: Joshua McCoy | Name: Jeffrey Richardson |
| Title: Member | Title: Member |

Mike Niclosi- Executive Director- Louisiana National Guard Foundation: (Acknowledgement)

_____     _____
                    **Signature**                                **Date**