UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARK ANDREW ZARALLO, JR. ET AL., § | |
| § | |
| PLAINTIFFS, § | |
| § | |
| V. § | CASE NO. 4:23-CV-00683-SDJ |
| § | |
| JOSHUA MCCOY, ET AL. § | |
| § | |
| DEFENDANTS. § | |

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and Local Rule 7.1, Plaintiff Cogent Renewables, LLC ("Cogent") hereby states that it is a limited liability company that has no parent corporation and that no publicly held corporation owns 10% or more of its membership interests.

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Cogent hereby names and identifies the citizenship of the following individuals whose citizenship is attributed to Cogent: its sole member, Mark A. Zarallo, Jr., a citizen of Texas.

As stated, Defendant Mark A. Zarallo, Jr. is a citizen of Texas.

Dated: August 14, 2025                Respectfully submitted,

                                      NESS PLLC

                                      */s/ Eliyahu Ness*
                                      Eliyahu Ness
                                      State Bar No. 24119651
                                      eness@nesslegal.com

1

2

        3232 McKinney Ave, Suite 500
        Dallas, TX 75204
        Telephone: (469) 319-1355

        **Attorneys for Plaintiffs**

Case 4:23-cv-00683-SDJ    Document 62    Filed 08/14/25    Page 2 of 3 PageID #: 902

## PROOF OF SERVICE

     I hereby certify that a true and correct copy of PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT was served by filing a copy of the foregoing document electronically with the Clerk of Court using the CM/ECF system on August 14, 2025. Service will thereby be effected on all parties through counsel of record who have appeared in this case.

                           By:  /s/ *Eliyahu Ness*
                                  Eliyahu Ness