UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARK ANDREW ZARALLO, JR. ET AL., § <br> § <br> PLAINTIFFS, § <br> § <br> V. § <br> § <br> JOSHUA MCCOY, ET AL. § <br> § <br> DEFENDANTS. § | CASE NO. 4:23-CV-00683-SDJ |

**PLAINTIFFS' NOTICE OF STATUS REQUEST**
**REGARDING PENDING MOTION TO DISMISS**

Plaintiffs respectfully submit this request for a status update concerning Defendants' Motion to Dismiss (Dkt. 42), which was fully briefed as of December 7, 2023, and has now been pending for approximately 20 months.

Plaintiffs recognize that the Court's decision on the threshold issue of personal jurisdiction is a prerequisite to proceeding with substantive case management, and they appreciate the Court's heavy docket and the competing demands on judicial resources. Nevertheless, the motion's pendency has created substantial uncertainty regarding the future course of this litigation. Plaintiffs therefore respectfully request that the Court advise whether it anticipates issuing a ruling in the near future, or, alternatively, set a brief status conference for that purpose.

Dated: August 14, 2025

Respectfully submitted,

NESS PLLC

*/s/ Eliyahu Ness*
Eliyahu Ness

1

        State Bar No. 24119651
        eness@nesslegal.com
        3232 McKinney Ave, Suite 500
        Dallas, TX 75204
        Telephone: (469) 319-1355

*Attorneys for Plaintiffs*

## PROOF OF SERVICE

      I hereby certify that a true and correct copy of PLAINTIFFS' NOTICE OF STATUS REQUEST REGARDING PENDING MOTION TO DISMISS was served by filing a copy of the foregoing document electronically with the Clerk of Court using the CM/ECF system on August 14, 2025. Service will thereby be effected on all parties through counsel of record who have appeared in this case.

                              By:  /s/ *Eliyahu Ness*
                                       Eliyahu Ness